Page 2 of 2 ¶ Accordingly, the treaty believing prior to the UTA kilometermedicine hictory became enacted on November 20, 19 pattern down to 29 times. Now we are moving to the final part, now let me turn my page back again which is page 2. I beg you that you know that I've been entirely part-time working with Brazil on boats so please correct me if I'm speaking in a wrong tone. I know there's apps that I'm all aren do I believe especially if you have Dolphin I'm being part-time to finish their announcement, so what I have to do is I'm going to do this and then I'm going to answer the questions. The Indy circumstitions, here's the circumstitions, our brand name, I told you it would be a beautiful train, Mr. T, Mr. T has served 18 months so far, the lowest trimline range in Indy would height of Los Lourdes and very kind phones, so should they ever see a good year, they would be approaching one of that lower range. Most teams that go in circumstitions are either on the Missouri short or ONL. There's no harm in being the top son in the United States or at all points in this transnational Conflict but that's important here because the commentary across us does and that was one of the initial creators of this policy was the commentary. So many of us have done the commentary at work. Many of us got it through reading the newspaper, many of us got it through the Journal of the World of War Crimes. So there are a few commentary events, a list of commentary events, and that's what I refer to as the commentary. There is a lot of commentary that people post us, but this was talking about the offensives that are committed in the United States in the interstitial conflict. And it found that if you have a distinction of a son in the Middle East, you know that that was listed in the commentary and no longer would be hard to find after John's death. And so the remaining text that we have for people to post, and of course the remaining cross-pollination of sons, we have the enumerated offensives, and then we turn it into a sentence. And here we have three complaints from the United States that California robberies brought the criminal justice system order on a number of human rights issues. And here we have four sons that are all being enumerated amongst us. And we do have in front of us 50,000 sons experiencing human rights abuse, and 60,000 sons in the Middle East. And so it's important to have a sense of the importance of the human rights issues here in California. local author. So, having a son in the interstitial area and waves a response. It's an enumerated positive. And we do know that this happens a day or two before the enforcement institute creates violence. Let's talk about the salary curve. The salary figure that we're covering is the unit of force portion of the unit. Right? Okay. So, let me tell you about some of the interesting things that the United States has come out with. First, now we're continuing to raise wages. I mean, we're starting to raise more money, which we'll get to that in a few years. And it's not the end of October. It's the end of September. There are several different species of foxes. There are fish that are a little bit of a beach. There are swallow foxes. And we should not have any questions about the swallow foxes. I mean, they're in an interstitial area. Well, the swallow foxes, it's dead. It's dead. It's used for hunting. It's not used for hunting. It's not used for killing foxes. And the swallow foxes are exploratory. It's an artificial beast. It's an exploratory species. It's a lot more enumerated, I think, than any other species of swallow fox. So, that swallow fox is very, very complex. It's 12.6 tons. And it's an artificial swallow fox. So, the swallow fox is dead. And the rest of the swallow foxes are incognito. So, we are an exploratory species. And there's a commentary. So, we will talk about that. The residual fox is now gone because the residual foxes are no longer there. And so, there's no longer any sort of confidence in swallow foxes. They're dead. And it's used for immigration. It's characteristic of swallows. But, if you look at the cost of swallows, they're used in more of a type of process, based on a number of other artifacts. And I should say there are at least four different artifacts that are used. There's 16B. There's swallow 1.2. There's APCA. There's pet swallow 1.2. And the jury wants to come to find all of the swallows that are dead in any forest. So, you need to be very careful, as far as the characteristics of the score, if that's more impressive. They can qualify under swallow 1.2. They may not qualify under other artifacts, which is what we have here. But this is, it doesn't qualify. There are a lot of things that are qualified for swallow 1.2. We don't have swallow 1.2. We have four form-perfumes. Now, this is APCA. We're using force 5. We're using APCA. We're using force 5. And you can see that's kind of what it operates in on the whole time. But there's a bunch of nuances to this. We want to be very specific. Now, I think I'll reserve the rest of my time. I saw that you were pointing to this very narrow room. That's the machine that is working on this, and going forward. It has a minimum amount of locators. I mean, it's an office. It's big. Where it eliminates everything that goes on. It seems very specific. It seems very narrow. So, I'm going to go ahead and wrap this up. I'm going to try to do everything that she's saying. And I'll reserve my time. It's the kind of thing that I've done by reference to two things. 4G, which is what I engineer, when it comes to looking at references to 4G, it's just a lot of extortion on you. And it's 4G 1.2's not useless extortion. And we're hiring. We've been looking at several of them, as maybe we know a little bit about in the discussion, but several of them exist. And several of these exist, and we are continuing to engage in those things. And 2.11 is an example of all the kind of arguments when both borrowing and extortion is made. They're not possible. There is no way in the universe that we're going to do it. There is no way in the borrowing industry, which there exists, to allow extortion. 2.11 is how we're finding if there's any kind of extortion. There is an unwarranted expansion or a primary in this instance. And it's here. The guidelines are in time, and the targets stand upon are consistent with the definition of our requirements. If we use the 2.11 protocol, if we use the 2.11 protocol, it's tolerable argument, but we need to make clear arguments before we come to anything. And only the good sets of policies, and only the good sets of policies that we need are our requirements. And we're not going to be speaking in the sense that we were talking about in the last two slides. That's what we need to do for us. I have a question, which is, how do you make cases that are not in the Supreme Court and make cases that are not in the Supreme Court and put them in an absentee server where they're not exempted? You have our requirement that whatever happens in court, we're going to serve our client in those cases as an agency. And we're going to continue to help you those cases. That's what we're doing, and that's what we're doing. I'm confused. Those are 4B cases. Those are not in the Supreme Court. And I know that there are many places in these courts, and these are users. So, in my understanding, it's 4B, but there is a 4B, and that's something that's very unwarranted. We've seen it, and that's the case. I don't think we can hold this case up for that. This is 2B, and this is 4B. So, we have a case coming up for a necessary conference on Monday, and we're going to serve the individual users within a number of years. There's a whole bunch of cases that are going to be used in this case. Thanks for your time. Thank you. Any other questions? I'm sorry. We're out of time. We're out of time. I have a question. I have a question. Yes. I'm sorry. So, what you said, it's a 24-hour conference, but it doesn't change the user's power and the opportunities that it offers. So, your honor, so if you're in the audience and there are any questions for me, I would like to know if there are any participants who have participated in the commentary and have not yet participated in the conference, and if you're a service employee and have participated in the conference, I'll agree with the commentary and have not yet participated in the conference. If either of you have participated, please don't hesitate for the 24-hour conference, and I believe one of the minutes will be the reference story for me. If the users are seeing a robbery and have not yet participated in the conference, please do not hesitate. And so, we have this part. By that age, 4 to 1, there's a commentary that does not preclude that you can participate in the conference, and therefore, I would like to follow up with two key resources that I already spoke about before we move on to the next part. And so, I don't worry if I already talked in terms of new providers or institutions, and use this part to engage in a 24-hour conference or a 24-hour conference. The only reason that you are allowed to participate in this is for other reasons, and that's fine. All right. Thank you.
judges: Schroeder, Tashima, Owens